JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR. MARTHA EPHRAHIM NEAVILL,<br><br>Plaintiff,<br><br>v.<br><br>KEITH MATTHEW LYNCH; JULIETTE A. BURNS; and LAUNCH MY BIZ, INC.,<br><br>Defendants. | Case No. 2:22-cv-03017-MCS-MAA<br><br>**JUDGMENT** |

Pursuant to the Court's Order of Dismissal, it is ordered, adjudged, and decreed that this action is dismissed without prejudice for lack of subject-matter jurisdiction. Plaintiff shall take nothing from this action.

**IT IS SO ORDERED.**

Dated: September 2, 2022

MARK C. SCARSI
UNITED STATES DISTRICT JUDGE